UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SONAE CURRY, )
          Plaintiff, )
) No. 1:23-cv-979
-v- )
) Honorable Paul L. Maloney
TRINITY HEALTH-MICHIGAN, )
          Defendant. )
)

## JUDGMENT

The Court dismissed this lawsuit for lack of prosecution. Accordingly, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   December 9, 2024                         /s/  Paul L. Maloney
                                                                       Paul L. Maloney
                                                                       United States District Judge